IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MAYNARD ASHLEY HUTSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.: 2:24-cv-96 |

### SECOND AMENDED SCHEDULING ORDER

Defendant filed a Motion for Entry of Amended Scheduling Order. Doc. 54. Defendant explains that, due to the lapse in federal appropriations that began on October 1, 2025, this Court automatically extended all deadlines for a period commensurate with the duration of the lapse in appropriations, plus two business days, without further order of the Court. Id. at 1. Now that Congress has appropriated funds, Defendant requests an Amended Scheduling Order to clarify the discovery deadlines. Plaintiff consents to Defendant's request. Id. at 2. Upon due consideration and for good cause shown, the Court **GRANTS** Defendant's request and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Discovery Deposition of Fact Witness | December 30, 2025 |
| Service of Plaintiff's Expert Witness Reports | January 27, 2026 |
| Service of Defendant's Expert Witness Reports | February 25, 2026 |
| Discovery Depositions of Expert Witnesses | February 27, 2026 |

| | |
|---|---|
| Discovery Status Report[1] | March 24, 2026 |
| Discovery Status Conference | March 27, 2026 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | April 24, 2026 |
| Depositions of All Witnesses Taken for Use at Trial | May 27, 2026 |
| Proposed Pretrial Order | June 24, 2026 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 41, 51.

**SO ORDERED**, this 17th day of November, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.